UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

JAN 27 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____SMH_____DEPUTY

DATE: 1/26/2004        CASE NUMBER: 04-06005M-001

USA vs. James Reed

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN   #: 70BL

A.U.S. Attorney  Ondre Williams            INTERPRETER_____
                                            LANGUAGE_____
Attorney for Defendant  Jane McClellan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  1/26/2004         ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken  ☐ Defendant Sworn            ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED
                          in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:    1/29/04 at 3:30 PM
Before:    MAGISTRATE JUDGE DUNCAN
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk   ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:    1/29/04 at 3:30 PM
Before:    MAGISTRATE JUDGE DUNCAN

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset
Set for:
Before:

---

Other: _____

RECORDED by Courtsmart
BY:  Kris Railsback
Deputy Clerk



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on January 27, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WZDJSXvnXwW_