```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    JAN 2 7 2004

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY ___SMM___ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America, )
        Plaintiff, )   NO. **04-6005 M**
        -vs- )
**James William Reed**, )   **ORDER APPOINTING COUNSEL**
        Defendant. )

    The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: **Supervised Release Violation — ~~Failure to Appear~~**,

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

(   ) United States District Judge    _____

( X ) United States Magistrate Judge   DAVID K. DUNCAN

    **CASE ASSIGNED TO:**  **Jane McCollum**
                                Assistant Federal Public Defender
                                District of Arizona
                                222 North Central Avenue, Suite 810
                                Phoenix, Arizona 85004
                                Office: (602) 382-2700, Fax: (602) 382-2800

    DATED this **26** day of **January**, **2004**

                                _[signature]_
                                UNITED STATES MAGISTRATE JUDGE