# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

# MAGISTRATE JUDGE'S MINUTES

DATE: 1/29/2004    CASE NUMBER: 04-06005M-001

USA vs. James Reed

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY
JAN 30 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN  #: 70BL

A.U.S. Attorney  Ondre Williams            INTERPRETER_____
                                           LANGUAGE_____
Attorney for Defendant  Jane L. McClellan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA___                       ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken      ☐ Defendant Sworn              ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)               ☐ Defendant states true name to be ___. Further proceedings ORDERED
                               in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☒ Reserved  ☐ Reset | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset |
| Set for: | ☒ Waived |
| Before: | Set for: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released _____ | ☒ Warrant of removal issued. |
| ☐ Defendant continued detained pending trial  ☐ Flight risk  ☐ Danger | |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held  ☐ Con't  ☒ Reserved  ☐ Reset | ☐ Held  ☐ Con't  ☐ Reset |
| ☐ Waived | Set for: |
| Set for: | Before: |
| Before: | |
| ☐ Probable cause found  ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: Detention and Preliminary hearing reserved for the prosecuting district

RECORDED by Courtsmart
BY: Kris Railsback
Deputy Clerk

(4)

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on February 2, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_UUDKSXohahT_